JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAG INSTRUMENT, INC.,**<br>**Plaintiff,**<br>**v.**<br>**STACKSOCIAL INC. and DOES 1-10,**<br>**Defendants.** | **CASE NO. 5:22-cv-01731-SSS-SHKx**<br>**CONSENT JUDGMENT**<br>**Honorable Sunshine S. Sykes** |

Plaintiff Mag Instrument, Inc. ("Mag Instrument") and StackSocial Inc. ("StackSocial"), having agreed to settlement of the matter in issue between them and to entry of this judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Mag Instrument is the owner of U.S Trademark Registration No. 2,485,515 for MAGLITE for flashlights and flashlight accessories.

2. The trademark MAGLITE is a distinctive mark which became a famous mark for use with lighting products well prior to StackSocial's use of MAGLIGHT.

3. StackSocial's use of MAGLIGHT in connection with the advertising and sale of lighting products has caused the dilution of the distinctive quality of the trademark MAGLITE.

4. The Court will have continuing jurisdiction to enforce this Judgment and Injunction contained herein.

5. Electronic service of a copy of this Judgment upon counsel of record for StackSocial is deemed sufficient notice under F.R.C.P. Rule 65 of this Order.

6. Each party shall bear its own costs and attorney's fees.

**IT IS FURTHER ORDERD THAT** StackSocial, its officers, directors, employees, and all persons and/or entities acting for, with, by, though, or in concert with them or any of them, are permanently enjoined from diluting and/or tarnishing the distinctive quality of Mag Instrument's mark MAGLITE including, but not limited to, the advertising, distribution, marketing, offering for sale, and/or sale of lighting products under the marks Maglight, MAGLIGHT and MAXLIGHT, which do not originate from, or authorized by, Mag Instrument.

JUDGMENT is hereby entered in favor of Mag Instrument against StackSocial on Mag Instrument's Third Claim for Relief for Federal Trademark Dilutions (15 U.S.C. §1125(c) and all remaining claims, including claims against DOES 1-10, are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 18, 2023 By: ______________________________

Honorable Sunshine S. Sykes
United States District Judge

Approved as to Form and Content:

ROY L. ANDERSON (SBN 107153)

______________________________

Attorney for Mag Instrument

RYAN B. ERICKSON (SBN 268239)
NITESH DARYANNI (SBN 330634)

______________________________

Attorneys for StackSocial

**IT IS SO ORDERED.**

Dated: September ___, 2023

By: ______________________________
Honorable Sunshine S. Sykes
United States District Judge

Approved as to Form and Content:

WAGNER, ANDERSON & BRIGHT, P.C.
Roy L. Anderson (SBN 107153)

______________________________
Attorney for Mag Instrument Inc.

LEWIS & LLEWELLYN LLP
Ryan B. Erickson (SBN 268239)
Nitesh Daryanani (SBN 330634)

______________________________
Attorneys for StackSocial Inc.